UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In Re: ANDRE D. CHESTER                        Case No: 4:15-bk-10313 J
                                                        Chapter 13

## SUMMARY NOTICE OF CLAIMS FILED

Pursuant to an examination of the proofs of claims filed in this case, Joyce Bradley Babin, Chapter 13 Standing Trustee, provides this Summary Notice of Claims Filed for claims filed on or before the date of this Notice. This Notice is provided to the Debtor and the Debtor's attorney and is filed with the United States Bankruptcy Court.

In this Notice, the classification of each claim (e.g., priority, secured or unsecured) is listed. "Not filed" denotes a debt disclosed in the Debtor's bankruptcy schedules for which no proof of claim has been filed. Except of the classification of a claim as "priority," a claim filed that is not listed in the Debtor's bankruptcy schedules is described as "unlisted." For any claim filed as "priority," the claim is listed as "priority" regardless of the listing in the Debtor's schedules.

Pursuant to 11 U.S.C. Sections 501 and 502 and Federal Rule of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed is deemed allowed unless the Debtor or a party in interest objects to the claim and obtains an order modifying or disallowing the claim as filed. If no order is entered which modifies or disallows a claim, each of the claims noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the proofs of claims filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claims including, without limitation: (1) the accuracy of the claim; (2) the underlying objection; or (3) the treatment of the filed claim in the plan. Filing of this Notice is not a waiver of the Trustee's rights to seek allowance or determination of the status of any claim pursuant to the Bankruptcy Code of the Federal Rules of Bankruptcy Procedure.

Date: 8/26/2015

                                                /s/ Joyce Bradley Babin
                                                Chapter 13 Standing Trustee

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | $520.82 $520.82 Filed | UNLISTED UNSECURED Account No: 3522 Comment : | Pro-Rata |
| Baptist Health PO Box 25748 Little Rock, AR 72221-5748 | $0.00 $0.00 Claim Not Filed | UNSECURED Account No: 7187 Comment : Medical Debt part of Pending F | |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Baptist Health<br>c/o MSCB<br>1410 Industrial Park Road<br>Paris, TN  38242 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  0298<br>Comment  :   Medical Debt part of Pending F | |
| Baptist Health<br>c/o Professional Credit<br>PO Box 4037<br>Jonesboro, AR  72403 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  2727<br>Comment  : | |
| BAYVIEW LOAN SERVICING L L C<br>4425 PONCE DE LEON BLVD., 5th Flr.<br>Miami, FL  32142 | Continuing Debt<br>$131,951.83<br>Filed | MORTGAGE REGULAR PAYMENT<br>Account No:  4771<br>Comment  :   Mtg @ 8503 Pennwood Sherwo<br>Monthly Payment:    $812.53 | 100.00 |
| BAYVIEW LOAN SERVICING L L C<br>4425 PONCE DE LEON BLVD., 5th Flr.<br>Miami, FL  32142 | $13,740.90<br>$0.00 | MORTGAGE ARREARAGE<br>Account No:  4771<br>Comment  :   8503 Pennwood Drive, Sherwo<br>Monthly Payment:    $253.30 | 100.00 |
| BAYVIEW LOAN SERVICING L L C<br>4425 PONCE DE LEON BLVD., 5th Flr.<br>Miami, FL  32142 | $650.00<br>$650.00<br>Filed | Postpetition Mortgage Fees, Exp & Charges<br>Account No:  4771<br>Comment  :   POC fees--01/28/15 | 100.00 |
| CACH, LLC<br>Attention:  Bankruptcy Department<br>4340 South Monaco Street, 2nd Floor<br>Denver, CO  80237-3408 | $1,580.00<br>$1,580.00<br>Filed | UNSECURED<br>Account No:  5932<br>Comment  : | Pro-Rata |
| Cavalry SPV I, LLC<br>P O Box 27288<br>Tempe, AZ  85282 | $806.45<br>$806.45<br>Filed | UNSECURED<br>Account No:  7514<br>Comment  : | Pro-Rata |
| Cavalry SPV I, LLC<br>c/o Allen & Withrow<br>PO Box 17248<br>Little Rock, AR  72222 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  1721<br>Comment  : | |
| Cavalry SPV I, LLC<br>P O Box 27288<br>Tempe, AZ  85282 | $614.93<br>$614.93<br>Filed | UNLISTED UNSECURED<br>Account No:  7268<br>Comment  : | Pro-Rata |
| Cavalry SPV I, LLC<br>P O Box 27288<br>Tempe, AZ  85282 | $1,529.47<br>$1,529.47<br>Filed | UNLISTED UNSECURED<br>Account No:  0973<br>Comment  : | Pro-Rata |
| Cavalry SPV I., LLC - Assignee of Capital <br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Ste 200<br>Tucson, AZ  85712 | $537.21<br>$537.21<br>Filed | UNLISTED UNSECURED<br>Account No:  7820<br>Comment  : | Pro-Rata |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Cerastes, LLC<br>c/o Weinstein and Riley, PS<br>P O Box 3978<br>Seattle, WA  98124-3978 | $2,470.05<br>$2,470.05 Filed | UNSECURED<br>Account No:  4775<br>Comment  : | Pro-Rata |
| Cerastes, LLC<br>c/o Weinstein and Riley, PS<br>P O Box 3978<br>Seattle, WA  98124-3978 | $2,900.24<br>$2,900.24 Filed | UNSECURED<br>Account No:  9353<br>Comment  : | Pro-Rata |
| Discover Bank<br>DB Servicing Corporation<br>P O Box 3025<br>New Albany, OH  43054-3025 | $2,033.31<br>$2,033.31 Filed | UNSECURED<br>Account No:  5773<br>Comment  : | Pro-Rata |
| Gastro-Intestinal Center<br>c/o Credit Control Company<br>PO Box 55165<br>Little Rock, AR  72215-5165 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No:  0385<br>Comment  : | |
| K. Jordan<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX  75380 | $625.98<br>$625.98 Filed | UNSECURED<br>Account No:  4B2J<br>Comment  : | Pro-Rata |
| Lamey Law Firm<br>P O Box 2307<br>Conway, AR  72033 | $3,500.00<br>$0.00 | Initial Attorney Fee<br>Account No:<br>Comment  : | 100.00 |
| Lamey Law Firm<br>P O Box 2307<br>Conway, AR  72033 | $712.00<br>$356.00 Filed | ADDITIONAL ATTY FEES<br>Account No:<br>Comment  : | 100.00 |
| Mason<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX  75380 | $308.58<br>$308.58 Filed | UNSECURED<br>Account No:  402E<br>Comment  : | Pro-Rata |
| Massey's<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX  75380 | $241.38<br>$241.38 Filed | UNSECURED<br>Account No:  2A2Y<br>Comment  : | Pro-Rata |
| Massey's<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX  75380 | $298.66<br>$298.66 Filed | UNLISTED UNSECURED<br>Account No:  2A2Y<br>Comment  : | Pro-Rata |
| Okinus, Inc<br>PO Box 691<br>Pelham, GA  31779 | $528.78<br>$528.78 Filed | UNSECURED--FILED SECURED<br>Account No:  8866<br>Comment  :   lease | Pro-Rata |

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| Perricone MD<br>PO Box 360639<br>Des Moines, IA 50336-7639 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No: 0094<br>Comment : | |
| Portfolio Recovery Associates, LLC<br>P O Box 12914<br>Norfolk, VA 23541 | $442.04<br>$442.04<br>Filed | UNLISTED UNSECURED<br>Account No: 3619<br>Comment : | Pro-Rata |
| Portfolio Recovery Associates, LLC<br>P O Box 12914<br>Norfolk, VA 23541 | $427.79<br>$427.79<br>Filed | UNLISTED UNSECURED<br>Account No: 3466<br>Comment : | Pro-Rata |
| Portfolio Recovery Associates, LLC<br>P O Box 12914<br>Norfolk, VA 23541 | $956.55<br>$956.55<br>Filed | UNLISTED UNSECURED<br>Account No: 6546<br>Comment : | Pro-Rata |
| Professional Credit Management<br>PO Box 4037<br>Jonesboro, AR 72403 | $0.00<br>Claim Not Filed | NOTICE ONLY<br>Account No: XXXXXX7417<br>Comment : | |
| Quantum3 Group LLC as agent for<br>NCEP LLC<br>P O Box 788<br>Kirkland, WA 98083-0788 | $11,825.00<br>$18,842.64<br>Filed | Secured By Vehicle<br>Account No: 4159<br>Comment : 2009 Chrysler 300<br>Monthly Payment: $221.80 | 100.00 |
| Quantum3 Group LLC as agent for<br>NCEP LLC<br>P O Box 788<br>Kirkland, WA 98083-0788 | $7,017.64<br>$0.00 | UNSECURED<br>Account No: 4159<br>Comment : Split Claim 2009 Chrysler 300 | Pro-Rata |
| Radiology Consultants of LR<br>PO Box 55510<br>Little Rock, AR 72215-5510 | $0.00<br>$0.00<br>Claim Not Filed | UNSECURED<br>Account No: 5864<br>Comment : | |
| Stoneberry<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX 75380 | $693.80<br>$693.80<br>Filed | UNSECURED<br>Account No: 4C2G<br>Comment : | Pro-Rata |
| Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | $123.10<br>$123.10<br>Filed | UNLISTED UNSECURED<br>Account No: 2759<br>Comment : | Pro-Rata |

Page 5 of 5
4:15-bk-10313 J
ANDRE D. CHESTER

CC:     ANDRE D. CHESTER and
        YOLONDA D CHESTER
        8503 Pennwood
        Sherwood, AR  72120

        Lamey Law Firm
        P O Box 2307
        Conway, AR  72033